**Order entered May 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00985-CV

**ALAA MOHAMAMD WEISS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M0474358**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c)(1), we **ORDER** Dallas County Clerk John F. Warren to file, no later than May 20, 2019, either a supplemental clerk's record containing a copy of the order on the petition for nondisclosure, signed on or about May 4, 2018, or written verification no order exists. *See* TEX. R. APP. P. 34.5(c)(1). The supplemental clerk's record shall also contain a copy of the trial court's docket sheet or case summary.

We **DIRECT** the Clerk of the Court to send a copy of this order to Mr. Warren and the parties.

/s/      BILL WHITEHILL
         JUSTICE